# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-4/8 |
| Plaintiff, | |
| vs. | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JOHN JAMES ERICSON |
| JOHN JAMES ERICSON, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JOHN JAMES ERICSON,** before the United States Magistrate Judge at Las Vegas, Nevada, on or about
I/A & A/P Fri: 11/16/12
—— 3:00 PM   PAL   3B   ——, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: November 6, 2012

_____
UNITED STATES MAGISTRATE JUDGE

```
 1 | DANIEL G. BOGDEN
   | United States Attorney
 2 | CRISTINA SILVA
   | Assistant United States Attorney
 3 | 333 Las Vegas Blvd., S., Suite 5000
   | Las Vegas, Nevada 89101
 4 | (702) 388-6336
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr- 4 / 8 |
| Plaintiff, | |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JOHN JAMES ERICSON |
| JOHN JAMES ERICSON, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that JOHN JAMES ERICSON, 01997293, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **JOHN JAMES ERICSON** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **JOHN JAMES ERICSON** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on ___ I/A & A/P Fri: 11/16/12  3:00 PM  PAL  3B ___, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JOHN JAMES ERICSON** before the United States Magistrate Judge on or about _____ I/A & A/P Fri: 11/16/12  3:00 PM  PAL  3B _____, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

|   | WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center and to the United States Marshal for the District of Nevada, commanding them to produce the said **JOHN JAMES ERICSON** before the United States District Court on or about _____ I/A & A/P Fri: 11/16/12  3:00 PM  PAL  3B _____, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada. |

**DATED:** this 6TH day of November, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Cristina Silva*
CRISTINA SILVA
Assistant United States Attorney

2